# Court of Appeals
# of the State of Georgia

ATLANTA, September 21, 2022

*The Court of Appeals hereby passes the following order*

**A23I0034. FORSYTH COUNTY GEORGIA v. 3594 OLD ATLANTA ROAD, SUWANEE, GA; TAX PARCEL ID NO. 159-006 et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

21CV1181



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, September 21, 2022.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*